UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09CR37-C

FILED
CHARLOTTE, NC

MAR 1 2 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO UNSEAL** |
| ) | |
| CARLOS HERNANDEZ, ET AL. ) | |
| ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an Order unsealing the file documents in this case; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation;

NOW, THEREFORE, IT IS ORDERED that the file documents in the above-captioned case be unsealed.

This the 12th day of March, 2009.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE